UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 05, 2013
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

  Plaintiff,

v.

LILLIAN MARQUEZ,

  Defendant.

Case No. 2:13-cr-00378-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  LILLIAN MARQUEZ ,

Case No.  2:13-cr-00378-JAM , from custody for the following reasons:

_____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of $   50,000

__X__ Unsecured Appearance Bond $  50,000, cosigned by ~~Boyfriend~~ Gary Grabbard

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other):  Pretrial Services conditions

Issued at Sacramento, California on December 05, 2013 at  3:00 pm

By: _____
Magistrate Judge Carolyn K. Delaney