IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>LILLIAN MARQUEZ,<br><br>    Defendant. | Case №:2:13-cr-0378 JAM<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

The defendant has, under oath, sworn or affirmed as to her financial inability to employ counsel.

OFFENSE:  18 USC § 371

CJA Panel attorney Dennis Waks is hereby appointed effective December 12, 2013, the date the Office of the Federal Defender first contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED:  12/23/2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL           1