DENNIS S. WAKS, BAR #142581
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, California 95814
Tel: (916) 498-9871

Attorney for Defendant
LILLIAN MARQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR.S. 13-378-JAM |
| Plaintiff, | STIPULATION AND ORDER MODIFYING TERMS OF PRE-TRIAL RELEASE |
| V. | Date: February 4, 2015 |
| LILLIAN MARQUEZ aka Lillian Yamileth Guevara, and | Judge: Hon. KENDALL J. NEWMAN |
| MICHAEL KEATTS, | |
| Defendants. | |

It is hereby stipulated and agreed to by the United States of America through PHILIP A. FERRARI, Assistant United States Attorney, and LILLIAN MARQUEZ, by and through her counsel, DENNIS S. WAKS, to modify the current terms of the defendant's pretrial release. The parties hereby agree to modify the current terms of the defendant's pretrial release as follows:

All present sureties (Gary Gabbard) other than the defendant are hereby removed as sureties for this defendant's release, and the following surety shall be substituted in his place: Mr. Gabriel Hernandez of Stockton, California.

All other terms of the defendant's release shall remain in full force and effect. Darryl Walker of Pretrial Services has fully investigated Mr. Gabriel Hernandez and he believes that Mr. Hernandez is an appropriate surety. Accordingly, the parties respectfully request the Court

-1-

adopt this proposed stipulation

DATED: February 4, 2015          Respectfully submitted,

                                  /s/ Dennis S. Waks

                                  DENNIS S. WAKS
                                  Attorney for Defendant
                                  LILLIAN MARQUEZ


DATED; February 4, 2015          BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Dennis S. Waks for

                                  PHILIP A. FERRARI
                                  Assistant U.S. Attorney


## ORDER

All present sureties other than the defendant are hereby removed as sureties for this defendant's release, and the following surety shall be substituted in their place: Mr. Gabriel Hernandez of Stockton, California.

All other terms of the defendant's release shall remain in full force and effect.

**IT IS SO ORDERED**.

Dated: February 5, 2015

                                  _____
                                  KENDALL J. NEWMAN
                                  UNITED STATES MAGISTRATE JUDGE