BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR S 13-0378 JAM |
|---|---|
| Plaintiff, | |
| v. | |
| LILLIAN MARQUEZ, | STIPULATION AND PROTECTIVE ORDER BETWEEN UNITED STATES AND DEFENDANT |
| Defendant. | |

WHEREAS, the discovery in this case is voluminous and contains a large amount of personal information including but not limited to Social Security numbers, dates of birth, bank account numbers, telephone numbers and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, the defendant, by and through her counsel, and Plaintiff, the United States of America, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to counsel for the

1  defendant as part of discovery in this case (hereafter, collectively known as "the discovery").

2  3. By signing this Stipulation and Protective Order, counsel for the defendant agrees not to
3  share any documents that contain Protected Information with anyone other than co-counsel and
4  designated defense investigators and support staff.  Counsel for the defendant may permit the defendant
5  to view unredacted documents in the presence of their attorneys, defense investigators and support staff.
6  The parties agree that counsel for the defendant, defense investigators and support staff shall not allow
7  the defendant to copy Protected Information contained in the discovery.  The parties agree that counsel
8  for the defendant, defense investigators, and support staff may provide the defendant with copies of
9  documents from which Protected Information has been redacted.

10  4. The discovery and information therein may only be used in connection with the litigation
11  of this case and for no other purpose.  The discovery is now and will forever remain the property of the
12  United States Government.  Counsel for the defendant will return the discovery to the Government or
13  certify that it has been shredded at the conclusion of the case.

14  5. Counsel for the defendant will store the discovery in a secure place and will use
15  reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

16  6. Counsel for the defendant shall be responsible for advising their respective clients,
17  employees, and defense witnesses of the contents of this Stipulation/Order.

18  7. In the event that the defendant substitutes counsel, undersigned counsel for the defendant
19  agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be
20  bound by this Order.

22  IT IS SO STIPULATED.

24  Dated:  June 25, 2015                           BENJAMIN B. WAGNER
                                                    United States Attorney

26                                                  By:  /s/ PHILIP A. FERRARI
                                                    PHILIP A. FERRARI
27                                                  Assistant United States Attorney

STIPULATED PROTECTIVE ORDER

2

1  Dated:  June 29, 2015

2                                                    By:   Philip A. Ferrari for/
                                                           MARY ANN BIRD
3                                                          Counsel for Defendant Lillian Marquez

4
   IT IS SO FOUND AND ORDERED.
5

6  Dated:  6/29/2015

7                                                          /s/ John A. Mendez
                                                           HON. JOHN A. MENDEZ
8                                                          U.S. DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28